IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| v. ) | No. 12-_10223_-01-MLB |
| ) | |
| **ERICK A. PENA**, and ) | |
| **JESSE H. TALLENT,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about October 8, 2012, in the District of Kansas, the defendants,

**ERICK A. PENA,** and
**JESSE H. TALLENT,**

having each been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to-wit: an AK-47, model NDS-3, caliber 7.62x39, serial number 3004981, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

### COUNT 2

On or about October 8, 2012, in the District of Kansas, the defendants,

**ERICK A. PENA,** and
**JESSE H. TALLENT,**

having each been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to-wit: a Browning, model Takedown, .22 caliber rifle, serial number 11652PM146, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations of the foregoing Counts 1 and 2 of this Indictment are re-alleged, and by this reference fully incorporated herein, for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, § 924(c) and (d), and Title 28, United States Code, § 2461(c).

2. Upon conviction of the offense identified in Counts 1-2, the defendants,

**ERICK A. PENA, and**
**JESSE H. TALLENT,**

shall forfeit to the United States, pursuant to the above-cited statutes, any firearms and ammunition involved in, or which facilitated or was intended to facilitate, violations cited in Counts 1 and 2, including, but not limited to:

    a.    An AK-47, model NDS-3, caliber 7.62x39, serial number 3004981,

    b.    A Browning, model Takedown, .22 caliber rifle, serial number 11652PM146, and

    c.    Any ammunition.

All pursuant to Title 18, United States Code, § 924(c) and (d), and Title 28, United States Code, § 2461(c).

**A TRUE BILL.**

10/10/12                                          s/ Foreman
Date                                               Foreman of the Grand Jury

s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 67202
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

[It is requested that jury trial be held in Wichita, Kansas.]