IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-10223-02-MLB |
| ) | |
| **JESSE H. TALLENT**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

COMES NOW the United States, by and through Matt Treaster, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum for defendant, Jesse H. Tallent. In support of this Motion, the United States avers:

1.  Defendant was charged in this district by Indictment on October 10, 2012.

2.  Defendant is detained and currently in the custody of the Sedgwick County Sheriff, Sedgwick County Adult Detention Center, 141 W. Elm, Wichita, Kansas 67203.

3.  Appearance is necessary by the defendant in this district for prosecution of the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal, and any other federal law enforcement agency for this district, to produce the defendant, forthwith and for any further proceedings to be held in this cause.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

s/ Matt Treaster
MATT TREASTER
Kan. S.Ct. No. 17473
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Tel.: (316) 269-6481
FAX: (316) 269-6484
Matt.Treaster@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

s/ Matt Treaster
MATT TREASTER
Assistant United States Attorney