IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,   )<br>     v.          )<br>  )<br>JESSE H. TALLENT,    )<br>  )<br>           Defendant.   )<br>_____) | Case No. 12-10223-02-MLB |

**ORDER FOR WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**

This matter comes before the Court on the Government's Motion to issue a Writ of Habeas Corpus Ad Prosequendum to defendant Jesse H. Tallent. The United States appears by and through Assistant United States Attorney Matt Treaster. There are no other appearances.

After reviewing the Government's motion, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued directing the United States Marshal, and any other federal law enforcement agency for this district, to produce the defendant, Jesse H. Tallent, forthwith, and for any further proceedings to be held in this cause.

IT IS FURTHER ORDERED that at the conclusion of these proceedings, the United States Marshal shall return the defendant to the aforementioned custodian.

IT IS SO ORDERED.

DATED: October 11, 2012                         S/ Karen M. Humphreys
                                                HONORABLE KAREN M. HUMPHREYS
                                                UNITED STATES MAGISTRATE JUDGE