IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>    ) | |
|     Plaintiff,    ) | Criminal Action |
| v.    ) | No. 12-10223-01, 02-MLB |
|     ) | |
| **ERICK A. PENA**, and    )<br>**JESSE H. TALLENT,**    ) | |
|     ) | |
|     Defendants.    )<br>_____) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about October 8, 2012, in the District of Kansas, the defendants,

**ERICK A. PENA,** and
**JESSE H. TALLENT,**

having each been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to-wit: a DC Industries, model NDS-3, 7.62 x 39 caliber semi automatic rifle, serial number 3004981, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

### COUNT 2

On or about October 8, 2012, in the District of Kansas, the defendants,

**ERICK A. PENA,** and
**JESSE H. TALLENT,**

having each been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to-wit: a Browning, model Takedown, .22 caliber weapon made from a rifle, serial number 11652PM146, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

## COUNT 3

On or about October 8, 2012, in the District of Kansas, the defendants herein,

**ERICK A. PENA,** and
**JESSE H. TALLENT,**

did unlawfully and knowingly possess a firearm, to wit: a Browning, model Takedown, .22 caliber weapon made from a rifle, serial number 11652PM146, with a barrel less than 16 inches long and an overall length of less than 26 inches, which was not registered to either defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, §§ 5845(a)(1), 5861(d), and 5871.

## FORFEITURE ALLEGATION

1. The allegations of the foregoing Counts 1, 2, and 3 of this Superseding Indictment are re-alleged, and by this reference fully incorporated herein, for the purpose of alleging forfeiture to the United States of America pursuant to Title 18, United States Code, § 924(c) and (d), Title 26, United States Code § 5872, and Title 28, United States Code, § 2461(c).

2. Upon conviction of the offense identified in Counts 1-3, the defendants,

**ERICK A. PENA,** and
**JESSE H. TALLENT,**

shall forfeit to the United States, pursuant to the above-cited statutes, any firearms and ammunition involved in, or which facilitated or was intended to facilitate, violations cited in Counts 1, 2, and 3, including, but not limited to:

    a.    A DC Industries, model NDS-3, 7.62 x 39 caliber semi automatic rifle, serial number 3004981,

    b.    A Browning, model Takedown, .22 caliber weapon made from a rifle, serial number 11652PM146, and

    c.    Any ammunition.

All pursuant to Title 18, United States Code, § 924(c) and (d), Title 26, United States Code § 5872, and Title 28, United States Code, § 2461(c).

**A TRUE BILL.**

11/06/12                                s/ Foreman
Date                                           Foreman of the Grand Jury

s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 67202
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

[It is requested that jury trial be held in Wichita, Kansas.]