

**HULNICK STANG & RAPP, P.A.**
*Attorneys & Counselors At Law*

Leslie F. Hulnick

John E. Stang

John E. Rapp

C. Ryan Gering

J. Matthew Leavitt

310 West Central
Suite 111
Wichita, Kansas
67202-1003
(316) 263-7596
Fax (316) 263-8084
www.hulnicklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

THE UNITED STATES OF AMERICA, )
                               )
                    Plaintiff, )
                               )
vs.                            ) Case No. 12-10223-02-MLB
                               )
JESSE H. TALLENT,              )
                               )
                    Defendant. )
_____)

### WAIVER OF RIGHT TO APPEAL

My lawyer has advised me of my right to appeal the conviction and/or sentence imposed in the above-captioned case on _April 29_, 2013, but only to the extent that I did not waive or give up that right in the plea agreement. Fed. R. Crim. P. 32(j). I was also advised by my lawyer and the court that if I choose to appeal my case, a notice of appeal must be filed on my behalf in the district court within 14 days. I understand that should I wish to appeal, I can apply to have a lawyer appointed to represent me on appeal.

After having been advised of my right to appeal the conviction and/or sentence imposed in this case, and having discussed this right with my lawyer, I hereby waive, or give up, my right to appeal and specifically direct my lawyer not to file a notice of appeal.

I am satisfied with representation that was provided to me by my lawyer.

Signed this 29 day of April, 2013.

_____
Jesse H. Tallent, Defendant

HULNICK, STANG & RAPP, P.A.
310 W. Central, Suite 111
Wichita, KS 67202
(316) 263-7596

BY_____
   John E. Rapp, #20977
   Attorney for Defendant